

COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



PRESORTED
FIRST CLASS

UNITED STATES POSTAGE

$ 00.40⁶

02 1R
0006557458      DEC 22 2014
MAILED FROM ZIP CODE 78701

PINEY BOWES

Disaregard

RE: WR-82,324-01

MILYN ALEAHA PIERCE
TDC # 1933786

NIXIE        773    DC 1        0012/31/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808        *0393-00032-31-23